UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL ANN MERILLAT,

    Debtor,
_____/

CHERYL ANN MERILLAT,

    Appellant,

v.

TIMOTHY J. MILLER,

    Appellee.
_____/

Civil Action No. 14-10896
Honorable Patrick J. Duggan

Bankruptcy No. 13-54410
Honorable Marci B. McIvor

## ORDER IMPOSING TEMPORARY STAY

This is a bankruptcy appeal involving real property located at 866 Pinecrest Drive, Dexter, Michigan 48130. Appellant currently has an ownership and possessory interest in this property; however, as part of the underlying bankruptcy case, the Bankruptcy Court for the Eastern District of Michigan issued a series of orders, over Appellant's objections, that pave the way for the sale of the property. An auction of the property is currently scheduled to take place on April 25, 2014.

On April 11, 2014, Appellant filed a motion seeking a stay of the Bankruptcy Court's orders pending the resolution of her appeal before this Court. Appellee opposes the request. Because the auction is scheduled to take place tomorrow, the Court will issue a temporary stay until it has an opportunity to fully consider the merits of Appellant's stay request. An order resolving Appellant's motion will be forthcoming at that time.

**SO ORDERED**.

Dated: April 24, 2014         s/PATRICK J. DUGGAN
                              UNITED STATES DISTRICT JUDGE

2